IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LIVEPERSON, INC.,           )
                                     )
        Plaintiff,         )
                                     )      C. A. No.:  12-147-RGA
              v.               )
                                     )
PRAGMATUS TELECOM, LLC,    )
                                     )
        Defendant.     )

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to paragraph 9 of the Court's June 1, 2012 Scheduling Order (D.I. 30) as amended on January 8, 2013 (D.I. 55), the parties hereby submit the attached Joint Claim Construction Chart for the following patents-in-suit:

- U.S. Patent No. 6,311,231;

- U.S. Patent No. 6,668,286; and

- U.S. Patent No. 7,159,043.

 For those disputed claim terms/phrases, the Joint Claim Construction Chart includes citations to the intrinsic evidence in support of the parties' respective proposed constructions. The chart also includes the parties' jointly agreed upon proposed constructions.

Exhibit A to the Joint Claim Construction Chart includes copies of each of the patents-in-suit.  Exhibits B and C to the chart include copies of those portions of the intrinsic record relied upon and cited by Plaintiff LivePerson, Inc. and Defendant Pragmatus Telecom, LLC, respectively, in support of each of their respective proposed constructions for the disputed claim terms/phrases.

01:13146866.1

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Monté T. Squire*
Melanie K. Sharp (No. 2501)
Monté T. Squire (No. 4764)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE  19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
msharp@ycst.com

PROSKAUER ROSE LLP
Steven M. Bauer
Kimberly A. Mottley
One International Place
Boston, MA  02110-2600
(617) 526-9600

*Attorneys for LivePerson, Inc.*

Dated: January 11, 2013

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
919 N. Market Street
12th Floor
Wilmington, DE  19801
(302) 777-0300
mfarnan@farnanlaw.com

DINOVO PRICE ELLWANGER & HARDY
LLP
Andrew G. DiNovo
Adam G. Price
Chester J. Shiu
John D. Saba
7000 N. MoPac Expressway, Suite 350
Austin, TX  78731
(512) 539-2626

*Attorneys for Pragmatus Telecom, LLC*

*LivePerson, Inc. v. Pragmatus Telecom, LLC* (C.A. No. 12-147-RGA)

# Joint Claim Construction Chart – Disputed Proposed Constructions and Intrinsic Support

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| 1. "automated call distribution system" | '231: 9, 10, 11, 12<br>'286: 9, 10 | "system that includes at least a server, and a call center having an ACD system" | • All claims in which this term appears. | No construction necessary | |
| 2. "a server" | '231: 1, 9<br>'286: 9, 10, 21<br>'043: 1 | "a WWW server" | • All claims in which this term appears.<br>• '231 patent, 5:33-34 and Fig. 1<br>• '231 patent, 5:52-65 and Fig. 1<br>• '231 patent, 6:1- | a computer system, such as one or more computers and/or devices, that provides services to other computer systems over a network | Plain and ordinary meaning. |

---

[1] The citations to intrinsic evidence herein are exemplary, and LivePerson intends to rely on all related citations that are substantially similar to the excerpts identified in this chart. All asserted patent specification citations herein reference the '231 patent specification, although the identical specification support can be found in all three asserted patents as their specifications are identical. LivePerson also reserves the right to rely upon Pragmatus's intrinsic supporting citations.

[2] The citations to intrinsic evidence herein are exemplary, and Pragmatus intends to rely on all related citations that are substantially similar to the excerpts identified in this chart. All asserted patent specification citations herein reference the '286 patent specification, although the identical specification support can be found in all three asserted patents as their specifications are identical. In addition to the intrinsic citations noted herein, Pragmatus reserves the right to rely upon LivePerson's intrinsic supporting citations.

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | 29 and Figs. 1, 2<br>• '286 patent prosecution history ("'286 patent PH") at:<br>• LPSN-PRAG 0016170;<br>• LPSN-PRAG 0016218-225;<br>• LPSN-PRAG 0016255;<br>• LPSN-PRAG 0016210-211;<br>• LPSN-PRAG 0016214-215<br>• Arbuckle et al – US-5,553,805<br>• Hammond et al – US-5,479,487<br>• '032 patent prosecution history ("'032 patent PH") at:<br>• LPSN-PRAG 0016494-96;<br>• LPSN-PRAG 0016505-06 | | |

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| 3. "generated help request form"; "help request form"; "help request" | '231: 1, 9, 10, 11<br>'286: 1, 4, 9, 10, 21, 22<br>'043: 1 | "HTML form which has customer input fields and is displayed on a customer terminal for requesting help from a live agent" | • All claims in which this term appears.<br>• '231 patent, 2:66-3:13<br>• '231 patent, 3:14-28<br>• '231 patent, 6:14-29 and Fig. 1<br>• '231 patent, 6:65-7:4<br>• '032 patent PH at:<br>• LPSN-PRAG 0016483-84<br>• LPSN-PRAG 0016494-96;<br>• LPSN-PRAG 0016501-09<br>• Arbuckle – US-5,553,805<br>• Dorst – US-4,969,185<br>• '043 patent prosecution history ("'043 patent PH") at: | "help request form": a form which is manually filled out by a customer or created automatically representing a request for help | • '231 Patent Reexamination, Order dated November 18, 2012 at 9-10.<br>• '286 Patent History, Preliminary Amendment dated September 13, 2001 at 12-13.<br>• '043 Patent Reexamination, Order Denying Reexamination at 4.<br>• '286 patent, 3:9-15; 3:25-30; 5:39-42; 5:58-64; 6:17-27; 6:30-35; 6:36-40; 6:66-7:3; 7:42-46.<br>• '286 patent, |

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | • PRAG-LIVE 000915;<br>• PRAG-LIVE 000998-99;<br>• PRAG-LIVE 001001<br>• Payne – US-5,715,314<br>• McCalmont – US-5,621,789<br>• '904 patent application prosecution history ("'904 application PH") at:<br>• LPSN-PRAG 0016619;<br>• LPSN-PRAG 0016625-628;<br>• LPSN-PRAG 0016588;<br>• LPSN-PRAG 0016591-93;<br>• Jolissaint – US-6,463,149 at LPSN-PRAG 0003841 | "help request": No construction necessary<br><br>(or, in the alternative)<br><br>a communication from a customer representing a request for help | Figs. 1, 2, 3 & 4.<br><br>• Claims of the '231, '286 and '043 patents.<br><br>_____<br><br>• '231 Patent Reexamination, Order dated November 18, 2012 at 9-10.<br><br>• '286 Patent History, Preliminary Amendment dated September 13, 2001 at 12-13.<br><br>• '043 Patent Reexamination, |

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | <ul><li>Reexamination of '286 patent, Control No. 95/002,317 ("'286 Reexam") at:</li><li>LPSN-PRAG 0016962-963;</li><li>LPSN-PRAG 0016971</li><li>Dezonno – US-5,991,394 at LPSN-PRAG 0003745</li><li>Reexamination of '043 patent, Control No. 95/002,320 ("'043 Reexam") at:</li><li>LPSN-PRAG 0017093-97</li><li>Reexamination of '231 patent, Control No. 95/012,617 ("'231 Reexam") at:</li></ul> | | Order Denying Reexamination at 4.<br><br><ul><li>'286 patent, 3:9-15; 3:25-30; 5:39-42; 5:58-64; 6:17-27; 6:30-35; 6:36-40; 6:66-7:3; 7:42-46.</li></ul><ul><li>'286 patent, Figs. 1, 2, 3 & 4.</li></ul><ul><li>Claims of the '231, '286 and '043 patents.</li></ul> |

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | • LPSN-PRAG 0016724-28 <br> • LPSN-PRAG 0016732-33 | | |
| 4. "help request form comprising the customer IP address"; "help request form including the customer IP address"; " help request form containing a customer's IP address" | '231: 1 <br> '286: 1, 4 <br> '043: 1 | "help request form that includes the IP address of the customer computer in a customer input field" | • All claims in which this term appears. <br> • '231 patent, 2:66-3:13 <br> • '231 patent, 3:14-28 <br> • '231 patent, 6:14-29 and Fig. 1 <br> • '231 patent, 6:65-7:4 <br> • '032 patent PH at: <br> • LPSN-PRAG 0016483-84 <br> • LPSN-PRAG 0016494-496; <br> • LPSN-PRAG 0016501-509 <br> • Arbuckle – US-5,553,805 | No construction necessary <br><br> (or, in the alternative) <br><br> a help request form that includes the IP address of the customer computer | • '231 Patent Reexamination, Order dated November 18, 2012 at 9-10. <br><br> • '286 Patent History, Preliminary Amendment dated September 13, 2001 at 12-13. <br><br> • '043 Patent Reexamination, Order Denying Reexamination at 4. <br><br> • '286 patent, 3:16-30; 6:30-35; 7:4-16; |

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | • Dorst – US-4,969,185<br>• '043 patent prosecution history ("'043 patent PH") at:<br>• PRAG-LIVE 000915;<br>• PRAG-LIVE 000998-99;<br>• PRAG-LIVE 001001<br>• Payne – US-5,715,314<br>• McCalmont – US-5,621,789<br>• '904 patent application prosecution history ("'904 application PH") at:<br>• LPSN-PRAG 0016619;<br>• LPSN-PRAG 0016625-628;<br>• LPSN-PRAG 0016588; | | 9:30-35.<br><br>• '286 patent, Figs. 3 & 4.<br><br>• Claims of the '231, '286 and '043 patents. |

7

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | • LPSN-PRAG 0016591-93;<br>• Jolissaint – US-6,463,149 at LPSN-PRAG 0003841<br>• Reexamination of '286 patent, Control No. 95/002,317 ("'286 Reexam") at:<br>• LPSN-PRAG 0016962-963;<br>• LPSN-PRAG 0016971<br>• Dezonno – US-5,991,394 at LPSN-PRAG 0003745<br>• Reexamination of '043 patent, Control No. 95/002,320 ("'043 Reexam") at:<br>• LPSN-PRAG 0017093-97 | | |

8

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | • Reexamination of '231 patent, Control No. 95/012,617 ("'231 Reexam") at: <br> • LPSN-PRAG 0016724-28; <br> • LPSN-PRAG 0016732-33 | | |
| 5. "request form further comprises said URL"; " request form further comprises a URL" | '286: 3, 8 <br> '043: 3 | "help request form having a customer input field containing the URL of the page from which the customer has requested help" | • All claims in which this term appears. <br> • '231 patent, 2:66-3:13 <br> • '231 patent, 3:14-28 <br> • '231 patent, 6:14-29 and Fig. 1 <br> • '231 patent, 6:65-7:4 <br> • '032 patent PH at: <br> • LPSN-PRAG 0016483-84 | No construction necessary <br><br> (or, in the alternative) <br><br> a help request form that includes the URL of the page from which the customer has requested help | • '231 Patent Reexamination, Order dated November 18, 2012 at 9-10. <br><br> • '286 Patent History, Preliminary Amendment dated September 13, 2001 at 12-13. <br><br> • '043 Patent Reexamination, Order Denying |

9

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | • LPSN-PRAG 0016494-496;<br>• LPSN-PRAG 0016501-509<br>• LPSN-PRAG 0016511<br>• Arbuckle – US-5,553,805<br>• Dorst – US-4,969,185<br>• '043 patent prosecution history ("'043 patent PH") at:<br>• PRAG-LIVE 000915;<br>• PRAG-LIVE 000998-99;<br>• PRAG-LIVE 001001<br>• Payne – US-5,715,314<br>• McCalmont – US-5,621,789<br>• '904 patent application prosecution history ("'904 | | Reexamination at 4.<br><br>• '286 patent, Figs. 1, 2, 3 & 4.<br><br>• '286 patent, 6:23-27; 6:36-40; 6:46-55; 6:66-7:3; 74-10; 8:66-9:2; 9:23-45.<br><br>• Claims of the '231, '286 and '043 patents. |

10

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | application PH") at: <br>• LPSN-PRAG 0016619; <br>• LPSN-PRAG 0016625-628; <br>• LPSN-PRAG 0016588; <br>• LPSN-PRAG 0016591-93; <br>• Jolissaint – US-6,463,149 at LPSN-PRAG 0003841 <br>• Reexamination of '286 patent, Control No. 95/002,317 ("'286 Reexam") at: <br>• LPSN-PRAG 0016962-963; <br>• LPSN-PRAG 0016971 <br>• Dezonno – US-5,991,394 at LPSN-PRAG 0003745 | | |

11

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | • Reexamination of '043 patent, Control No. 95/002,320 ("'043 Reexam") at:<br>• LPSN-PRAG 0017093-97<br>• Reexamination of '231 patent, Control No. 95/012,617 ("'231 Reexam") at:<br>• LPSN-PRAG 0016724-28;<br>• LPSN-PRAG 0016732-33 | | |

12

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| 6. "call center"; "call centre" | '231: 1, 3, 4, 9, 12, 13 '286: 1, 4, 9, 10, 21, 25, 26 '043: 1 | "computer system for answering and making calls which connects live agent workstations with customers, and may or may not include WWW server 28" | • All claims in which this term appears. • '231 patent, 4:61-63 and Fig. 1 • '231 patent, 5:33-51 and Fig. 1 • '231 patent, 8:10-15 and Fig. 6 • '231 patent, 8:55-61 and Figs. 6, 7 | No construction necessary (or, in the alternative) a computer system connecting live agents to customers through one or more communication channels | • '286 patent, Figs. 1-11. • '286 patent, 1:20-22, 1:29-31; ("Background of the invention"); 2:35-40 ("Summary of the invention"); 3:1-15; 3:31-47; 3:48-64; 3:65-4:24; 4:61-5:4; 5:27-35; 5:39-45; 5:49-64; 6:23-27; 6:36-40; 7:19-25; 7:33-39; 8:6-9; 8:15-19; 8:24-25; 8:33-37; 8:60-65; 9:51-56; 10:21-27 • Claims of the '231, '286 and |

13

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | | | '043 patents. |
| 7. "CTI enabled switch" | '231: 13 | "a switch which is separate from the multimedia application and call center and which has CTI capability" | • All claims in which this term appears.<br>• '231 patent, 8:42-61 and Figs. 6, 7<br>• '231 Reexam at:<br>• LPSN-PRAG 0016726;<br>• LPSN-PRAG 0016729-30;<br>• LPSN-PRAG 0016734-35;<br>• LPSN-PRAG 0003671-72;<br>• LPSN-PRAG 0003717-18;<br>• Dezonno – US-5,991,394 at LPSN-PRAG 0003747-48<br>• Jolissaint – US-6,463,149 at LPSN-PRAG 0003847, | No construction necessary. | |

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | 0003849 | | |
| 8. "IVR callback system" | '231: 11 | "IVR with a user-selectable option that initiates a call back to the user, in which help is available on a variety of topics, and in which the user further has the option of being connected to other ADSI-enhanced IVR applications such as home shopping systems" | • All claims in which this term appears.<br>• '231 patent, 7:61-8:9 | No construction necessary. | |
| 9. "multimedia application" | '231: 13 | "application presenting multimedia content beyond the mere display of text and interactive graphics" | • All claims in which this term appears.<br>• '231 patent, 8:41-51<br>• '231 Reexam at:<br>• LPSN-PRAG 0016731;<br>• LPSN-PRAG | "Multimedia" – more than one media format, such as text, graphics and/or audio | • '286 patent, Figs. 1-11.<br>• '286 patent, 1:34-38; 2:20-25; 4:55-5:1; 5:16-26; 5:63-6:4; 6:5-15; 6:20-22; 6:40-46; 6:60-65; |

15

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | 0016735; <br> • LPSN-PRAG 0003671-72; <br> • LPSN-PRAG 0003717-18 <br> • Dezonno – US-5,991,394 at LPSN-PRAG 0003745; <br> • Jolissaint – US US-6,463,149 at LPSN-PRAG 0003842, 0003849 | | 7:21-27; 7:66-8:6; 8:33-37; 8:46-65; 9:40-45; 10:1-6; 10:35-41; 10:65-67. <br> • Claims of the '231, '286 and '043 patents. |
| 10. "pages" | '231: 9 <br> '286: 9, 10 | "HTML pages, each having a URL" | • All claims in which this term appears. <br> • '231 patent, 5:15-20 <br> • '231 patent, 5:66-6:21 <br> • '231 patent, 6:47-49 <br> • '231 patent, | No construction necessary. | |

16

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | 9:19-32 | | |
| 11. "a multimedia server" | '231: 13 | "a WWW server which provides a multimedia application to run on a customer network access device" | • All claims in which this term appears.<br>• '231 patent, 4:57-63 and Fig. 1<br>• '231 patent, 8:41-47 and Fig. 6 | No construction necessary. | |

17

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| 12. "multi-media message manager" | '286: 21, 22, 26 | "component of the multi-media message management system, which is connected to the call center's voice-mail servers 80, e-mail servers 81 and WWW server 28, and which manages live agents' connections with customers who are using various services (e.g., WWW servers, voice-mail, IVR, e-mail)" | • All claims in which this term appears. <br> • '231 patent, 7:13-60 and Fig. 4 | No construction necessary. | |
| 13. "means for presenting a page having a URL on the remote customer computer" | '286: 1 | "graphical WWW browser resident on the remote customer computer, and equivalents thereof" | • All claims in which this term appears. <br> • '231 patent, 5:63-6:8 | Function: "presenting a page having a uniform resource locator on the remote customer computer" <br><br> Corresponding structure: graphical WWW browser and equivalents | • '286 patent, 3:1-15; 3:16-30; 3:31-47; 3:48-64; 3:65-4:24; 5:1-15; 5:19-22; 5:64-6:4; 6:2-18; 6:23-27; 6:53-54; 6:66-7:3; 10:1-11. <br><br> • '286 patent, |

18

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | | | Figs. 1 & 2.<br><br>• '286 Patent History, Preliminary Amendment dated September 13, 2001 at 12-13.<br><br>• '043 Patent Reexamination, Order Denying Reexamination at 4.<br><br>• Claims of the '231, '286 and '043 patents. |
| 14. "means for forwarding the help request form to the call center" | '286: 1 | "remote customer computer running the graphical WWW browser, and equivalents thereof" | • All claims in which this term appears.<br>• '231 patent, 5:63-6:8, 6:24-31 | Function: "forwarding the help request form to the call center"<br><br>Corresponding structure: WWW server **28**, data network **44** and equivalents | • '286 patent, Figs. 1, 3 & 9.<br><br>• '286 patent, 3:1-15; 3:16-30; 3:31-47; 3:48-64; 3:65-4:24; 4:64-5:4; 5:32-35, 5:39- |

19

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | | | 40; 5:53-64; 6:5-40; 7:4-10; 7:28-32.<br><br>• '286 Patent History, Preliminary Amendment dated September 13, 2001 at 12-13.<br><br>• '043 Patent Reexamination, Order Denying Reexamination at 4.<br><br>• Claims of the '231, '286 and '043 patents. |

20

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| 15. "means for receiving a help request form containing a customer's IP address" | '286: 4 | "HTTP Server 46 resident at the call center, and equivalents thereof" | • All claims in which this term appears.<br>• '231 patent, 6:24-31 | Function: "receiving a help request form containing a customer's IP address"<br><br>Corresponding structure:   HTTP Server 46 and equivalents | • '286 patent, Figs. 1 &3.<br><br>• '286 patent, 3:1-15; 3:16-30; 3:31-47; 3:48-64; 3:65-4:24; 4:65-67; 5:39-42; 5:60-62; 6:30-46;7:4-16; 7:35-39; 9:30-35.<br><br>• '286 Patent History, Preliminary Amendment dated September 13, 2001 at 12-13.<br><br>• '043 Patent Reexamination, Order Denying Reexamination at 4.<br><br>• Claims of the |

21

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | | | '231, '286 and '043 patents. |
| 16. "means for establishing a voice over IP connection to the IP address identified in the help request" | '286: 4 | "call center's outbound dialing system 32 using IP based voice communication packages running on the customer and agent computers, including customer-agent compatible hardware and software configurations, using originating and terminating IP addresses to set up virtual (packet based) circuits for use as voice channels for the duration of the call, and equivalents thereof" | • All claims in which this term appears.<br>• '231 patent, 6:65-7:12 | <u>Function</u>: "establishing a voice over IP connection to the IP address identified in the help request"<br><br><u>Corresponding structure</u>: outbound internet call system using the algorithm set forth in Fig. 3, and equivalents | • '286 patent, Figs. 1 & 3<br>• '286 patent, 3:1-15; 3:16-30; 3:31-47; 3:48-64; 3:65-4:24; 7:4-18; 10:55-61.<br>• Claims of the '231, '286 and '043 patents. |

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| 17. "means for sending a message back to the customer with an anticipated wait time when no live agent is available for immediate help" | '286: 6 | "Multimedia Message Manager (MMM) 50 having received anticipated wait time from ACD-MIS system 38, in conjunction with CGI interface 48, HTTP server 46, and Internet access line 47, resident at the call center, and equivalents thereof" | • All claims in which this term appears.<br>• '231 patent, 6:34-40, 7:27-34 and Fig. 1 | Function: "sending a message back to the customer with an anticipated wait time when no live agent is available for immediate help"<br><br>Corresponding structure: HTTP server **46**, Internet access line **47** and equivalents | • '286 patent, Figs. 1-11.<br>• '286 patent, 5:38-6:4; 6:30-46; 7:33-39.<br>• '286 Patent History, Preliminary Amendment dated September 13, 2001 at 12-13.<br>• '043 Patent Reexamination, Order Denying Reexamination at 4.<br>• Claims of the '231, '286 and '043 patents. |

23

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| 18. "means for providing a call center agent with customer relevant information" | '286: 7 | indefinite | | Function: "providing a call center agent with customer relevant information." <br><br> Corresponding structure: customer database and equivalents. | • '286 patent, abstract; 5:58-6:4; 6:50-55; 8:66-9:2; 9:3-36, 10:1-16. <br><br> • '286 patent, Figs. 1, 2, 3, 4 & 9. <br><br> • '286 Patent History, Preliminary Amendment dated September 13, 2001 at 12-13. <br><br> • '043 Patent Reexamination, Order Denying Reexamination at 4. <br><br> • Claims of the '231, '286 and '043 patents. |

24

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| 19. "means operable to receive the help request and to contact the user of the customer terminal using the contact channel identified in the help request" | '286: 9, 10<br><br>'231: 9, 10, 11 | indefinite | | Function: "receive a help request and contact the user of the customer terminal using the contact channel identified in the help request."<br><br>Corresponding structure: multimedia message manager and equivalents | • '286 patent, Figs. 1-11.<br><br>• '286 patent, 2:10-24; 2:29-32; 3:1-15; 3:16-30; 3:31-47; 3:48-64; 3:65-4:24; 4:55-67; 5:26-6:4; 6:5-65; 7:4-18; 7:25-27; 7:28-46.<br><br>• '286 Patent History, Preliminary Amendment dated September 13, 2001 at 12-13.<br><br>• '043 Patent Reexamination, Order Denying Reexamination at 4.<br><br>• Claims of the |

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| | | | | | '231, '286 and '043 patents. |
| 20. "means allowing an agent or supervisor to review all of the help requests and prioritize and schedule the combined list" | '286: 22 | indefinite | | Function: "allowing an agent or supervisor to review all of the help requests and prioritize and schedule the combined list." <br><br> Corresponding structure: the Multimedia Message Manager **50** ("MMM") and equivalents. | • '286 patent, 7:42-65. <br><br> • '286 patent, Figs. 1 & 4. <br><br> • '286 Patent History, Preliminary Amendment dated September 13, 2001 at 12-13. <br><br> • '043 Patent Reexamination, Order Denying Reexamination at 4. <br><br> • Claims of the '231, '286 and '043 patents. |

26

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| 21. "means in the call centre for making an estimate of an anticipated caller waft [*sic*] time (or other parameters) and passing this to the multi-media message manager" | '286: 26 | indefinite | | Function: "making an estimate of an anticipated caller wait time (or other parameters) and passing this to the multi-media message manager." <br><br> Corresponding structure: automatic call distribution management information system **38** and equivalents | • '286 patent, Fig. 1 <br><br> • '286 patent, 5:49-57; 6:36-46; 7:33-39. <br><br> • Claims of the '231, '286 and '043 patents. |

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| 22. "means for sensing all users querying different URLs in real time and doing a look-up into the CLID database to correlate CLIDs with URLs, and for providing for each call the URL to the agent handling the call from a given CLID" | '286: 27 | indefinite | | Function: "sensing all users querying different URLs in real time and doing a look-up into the CLID database to correlate CLIDs with URLs, and for providing for each call the URL to the agent handling the call from a given CLID."<br><br>Corresponding structure: WWW server with look-up database and equivalents. | • '286 patent, 4:55-65; 9:30-36.<br><br>• '286 patent, Figs. 1 & 2.<br><br>• '286 Patent History, Preliminary Amendment dated September 13, 2001 at 12-13.<br><br>• '043 Patent Reexamination, Order Denying Reexamination at 4.<br><br>• Claims of the '231, '286 and '043 patents. |

28

| Claim Terms / Phrases | Patents / Claim Numbers | LivePerson's Proposed Constructions | LivePerson's Intrinsic Support[1] | Pragmatus's Proposed Constructions | Pragmatus's Intrinsic Support[2] |
|---|---|---|---|---|---|
| 23. "HTTP form exchange mechanism" | '286: 29 | indefinite | | Software for communicating forms between computers using HTTP | • '286 patent, Figs. 1 & 3.<br>• '286 patent, 3:1-30; 5:16-26; 5:58-6:4; 6:20-46; 7:4-10; 7:33-39; 7:41-46.<br><br>• Preliminary Amendment dated September 13, 2001 at 12-13.<br><br>• '043 Patent Reexamination, Order Denying Reexamination at 4.<br><br>• Claims of the '231, '286 and '043 patents. |

29

*LivePerson, Inc. v. Pragmatus Telecom, LLC* (C.A. No. 12-147-RGA)

# Joint Claim Construction Chart – Parties' Jointly Agreed Upon Proposed Constructions

| Claim Terms / Phrases | Patents / Claim Numbers | Parties' Jointly Agreed Upon Proposed Constructions |
|---|---|---|
| 1. "ACID system"; "ACD system" | '231: 13<br>'286: 27 | "system that automatically connects customer calls to live agent workstations" |
| 2. "ADSI" | '286: 24 | "analog display services interface, a protocol used to provide display information on analog phones with visual displays" |
| 3. "CLID"; "calling line ID" | '286: 27<br>'231: 15 | "customer phone number" |
| 4. "CTI" | '231: 13 | "computer telephony integration" |
| 5. "HTTP" | '231: 3<br>'286: 29 | "hypertext transfer protocol, a protocol for data communications on the Web" |
| 6. "IVR" | '286: 24 | "computer automated handling of scripted or routine telephone conversations which verbally provides information and options to a customer using a computer-generated or recorded voice and which allows the customer to make selections with the telephone keypad or oral responses" |
| 7. "network access device connected with a CTI enabled line" | '231: 13 | "network access device connected to the broadband multimedia network by a communications line capable of transmitting CTI signals" |
| 8. "screen pop-up software" | '231: 16 | "software which presents information in a pop-up window in response to an event" |

30