IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LIVEPERSON, INC.,                          )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )    C.A. No. 12-147-RGA
                                           )
PRAGMATUS TELECOM, LLC,                    )
                                           )
                    Defendant.             )

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**<u>CLAIM CONSTRUCTION BRIEFING</u>**

LivePerson, Inc. ("LivePerson") and Pragmatus Telecom, LLC ("Pragmatus"), subject to

the approval of the Court, hereby agree to amend the deadlines for exchanging and filing the

claim construction briefs contained in Paragraph 10 of the Scheduling Order as follows:

1.      Pragmatus shall serve, but not file, its opening brief, not to exceed 20 pages, on

January 30, 2013 (previously January 23, 2013).  LivePerson shall serve, but not file, its

answering brief, not to exceed 30 pages, on March 8, 2013 (previously March 1, 2013).

Pragmatus shall serve, but not file, its reply brief, not to exceed 20 pages, on March 22, 2013

(previously March 15, 2013).  LivePerson shall serve, but not file, its sur-reply brief, not to

exceed 10 pages, on April 5, 2013 (previously March 29, 2013).  No later than April 10, 2013

(previously April 3, 2013), the parties shall file a Joint Claim Construction Brief.  .

2.      All other provisions of the Scheduling Order shall remain in effect.

YOUNG CONAWAY STARGATT & TAYLOR, LLP        FARNAN LLP

_/s/Monté T. Squire_____        /s/ Brian E. Farnan_____
Melanie K. Sharp (No. 2501)                 Brian E. Farnan (No. 4089)
Monté T. Squire (No. 4764)                  919 N. Market Street
Robert M. Vrana (No. 5666)                  12th Floor
Rodney Square                               Wilmington, DE 19801
1000 North King Street                      (302) 777-0300
Wilmington, DE 19801                        bfarnan@farnanlaw.com
P.O. Box 391
Wilmington, DE 19899-0391                   DINOVO PRICE ELLWANGER & HARDY
(302) 571-6681                              LLP
msharp@ycst.com                             Andrew G. DiNovo
                                            Adam G. Price
PROSKAUER ROSE LLP                          Chester J. Shiu
Steven M. Bauer                             7000 N. MoPac Expressway, Suite 350
Kimberly A. Mottley                         Austin, TX 78731
One International Place                     (512) 539-2626
Boston, MA 02110-2600
(617) 526-9600                              *Attorneys for Pragmatus Telecom, LLC*

*Attorneys for LivePerson, Inc.*


        SO ORDERED this _____ day of _____, 2013.


                                    _____
                                    United States District Judge

2