# FARNAN LLP

March 1, 2013

**Via E-Filing**
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 2325
Wilmington, DE 19801-3555

      Re:    LivePerson, Inc. v. Pragmatus Telecom, LLC (C.A. No. 12-cv-147-RGA)

            **LogMeIn, Inc. v. Pragmatus Telecom LLC (C.A. No. 12-cv-1507-RGA)**

Dear Judge Andrews:

      On behalf of Pragmatus Telecom, LLC ("Pragmatus"), we respectfully submit this letter in response to the Court's inquiry on our position regarding LogMeIn, Inc.'s ("LMI") request to intervene in the *Markman* proceeding in the above *LivePerson* matter.

      We generally do not oppose LMI's request to intervene in the *Markman* proceeding subject to the Defendants' understanding of a few issues. First, if LMI (and the other Defendants) are afforded the opportunity to join this *Markman* proceeding, we request that it not substantially delay the current case schedule.[1] Second, we request that the *Markman* proceeding and ultimate ruling be binding as to each of the joining Defendants, so as to prevent a subsequent hearing by the same Defendant at a later time. Finally, because LMI has represented that "[i]t is highly likely that there will be a substantial (if not entire) overlap between the claim terms and claim construction issues," in which LMI seeks to join, we would expect that LMI (or the other joining Defendants) be substantially, if not entirely limited to the claim terms previously submitted in the parties' Joint Claim Construction Chart (12-cv-147-RGA, D.I. 56).

      We are available at the Court's convenience should Your Honor have any questions.

                                    Respectfully submitted,

                                    /s/ Brian E. Farnan

                                    Brian E. Farnan (Bar No. 4089)

cc: Counsel of Record (via E-Filing)

---

[1] Pragmatus served its opening claim construction Brief on January 30, 2013. LivePerson's answering claim construction brief is due March 8, 2013. Pragmatus respectfully requests that the Court enforce this deadline regardless of its decision.