

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

Monté T. Squire
P 302.571.6630
F 302.576.3313
msquire@ycst.com

March 8, 2013

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 2325
Wilmington, DE 19801-3555

Re: *LivePerson, Inc. v. Pragmatus Telecom, LLC*, C.A. No. 12-147-RGA

Dear Judge Andrews:

Pursuant to paragraph 11 of the Court's Scheduling Order of June 1, 2012 (D.I. 30), as subsequently amended, the parties hereby jointly notify the Court that they do not intend to present testimony at the hearing on claim construction scheduled for May 1, 2013. In addition, the parties request three hours for the hearing.

Respectfully submitted,

/s/ Monté T. Squire

Monté T. Squire (No. 4764)

cc:   Clerk of the Court (By CM/ECF)
      All Counsel of Record (By CM/ECF)